IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RICHARD JOSEPH BILTON, | ) | C/A NO.: 5:17-02443-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA") which was filed on April 22, 2019. The parties filed a stipulation on May 3, 2019, for payment of $7,500.00 in EAJA attorney's fees. An order granting plaintiff's motion for EAJA attorney's fees per the stipulation was filed on May 19, 2019. The parties filed a second stipulation on May 20, 2019 for payment of $400 in costs.

**IT IS THEREFORE ORDERED** that plaintiff is awarded $400.00 in costs under EAJA. The awarded fees shall be made payable to plaintiff and delivered to the business address of plaintiff's attorney.

**AND IT IS SO ORDERED.**

Richard M. Gergel
United States District Judge

Dated: January 3, 2020
Charleston, South Carolina